SUZANNE L. MARTIN
Nevada Bar 8833
suzanne.martin@ogletree.com
KATHRYN C. NEWMAN
Nevada Bar 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendants,*
*CROCS, INC. and CROCS RETAIL, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WENDY SMITH,<br><br>                    Plaintiff,<br><br>vs.<br><br>CROCS, INC., a Delaware corporation;<br>CROCS RETAIL, LLC, a Colorado limited<br>liability company,<br><br>                    Defendants. | CASE NO.:  2:26-cv-01133-JAD-MDC<br><br>**STIPULATION AND (PROPOSED)<br>ORDER TO EXTEND THE DEADLINE<br>FOR DEFENDANTS TO RESPOND TO<br>PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Wendy Smith ("Plaintiff") and Defendants Crocs, Inc. and Crocs Retail, LLC (collectively, "Defendants"), by and through their respective attorneys of record, hereby submit this proposed Stipulation and Order to extend the deadline for Defendants to respond to Plaintiff's Complaint.

Due to a delay in notice to Defendants' in-house, and outside counsel that the Complaint was served, the Parties agree that the deadline for Defendants to file their response to Plaintiff's Complaint shall be extended from May 6, 2026 to May 20, 2026.

/ / /

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

1

This is the first request for an extension of time for Defendants to respond to Plaintiff's Complaint. It is not sought for purposes of delay, but rather to efficiently manage the resources of the parties and the Court.

IT IS SO STIPULATED.

DATED this 4th day of May, 2026.

GREENBERG GROSS LLP

/s/ Michael A. Burnette
Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Wendy Smith*

DATED this 4th day of May, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Suzanne L. Martin
Suzanne L. Martin
Nevada Bar No. 8833
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89135

*Attorneys for Defendants Crocs, Inc. and Crocs Retail, LLC*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

5-6-26
_____
DATED

2