KATHRYN C. NEWMAN
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants*
*Crocs, Inc. and Crocs Retail, LLC*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WENDY SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CROCS, INC., a Delaware corporation; CROCS RETAIL, LLC, a Colorado limited liability company,<br><br>Defendants. | Case No.: 2:26-cv-01133-JAD-MDC<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER DEADLINES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Wendy Smith, ("Plaintiff"), through her counsel, Greenberg Gross LLP, and Defendants, Crocs, Inc. and Crocs Retail, LLC ("Defendants"), by and through their counsel, Ogletree Deakins, that the Discovery Plan and Scheduling Order deadlines in this matter be extended. As detailed further herein, the additional time is necessary to allow the parties to complete discovery as necessary. The Parties believe an extension of the discovery period by sixty (67) days from November 10, 2026 to **Friday, January 16, 2027**. The parties are also requesting that the cascading deadlines, including the deadline for dispositive motions and the filing of a pretrial order be continued as well, as set forth below.

This is the first request for an extension of these deadlines. This request is made in good faith and not for the purpose of delay. Further, while the Parties are certainly mindful of the Court's interest in the expeditious completion of discovery, the Parties have been actively litigating

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

the case, as well as engaging in settlement discussions and there is good cause for the extension sought herein.

Pursuant to LR 26-4, the Parties provide the following information to the court in connection with their request for an extension of the discovery deadlines:

**A. Good Cause Showing**

This request to extend the discovery deadline was initially submitted fourteen (14) days prior to the discovery cut-off. (ECF No. 18.) The Court denied the request without prejudice and ordered the parties to file an amended stipulation by November 13, 2026. (ECF No. 19.)

Pursuant to LR 26-3, the parties respectfully submit that this request is supported by good cause. Following the unsuccessful ENE hearing on October 14, 2026, Defendants began scheduling Plaintiff's in person deposition for the first week in November. In the course of preparing for the deposition, Defendant Crocs, Inc. discovered that it had not served approximately 1600 pages in discovery pursuant to a supplemental disclosure statement prepared in August 2026. The inadvertent omission, coupled with the need to schedule Plaintiff's deposition and to allow Plaintiff sufficient time to review the supplemental production, supports a finding of good cause.

**B. Statement of Discovery that has been Completed**

The parties have exchanged initial disclosures. Plaintiff has made a supplemental production. Defendant Crocs, Inc. made a supplemental production on October 28, 2026.

Plaintiff served its first set of interrogatories and requests for production on Defendants Crocs, Inc. and Crocs Retail, LLC on June 12, 2026. Defendants served its responses to those written discovery request on June 20, 2026. Defendant Crocs, Inc. served its first set of interrogatories, requests for admission and requests for production on Plaintiff on August 19, 20-26. Plaintiff served her response to Defendant Crocs, Inc.'s written discovery on October 2, 2026. Plaintiff has served Crocs, Inc. with a Second Set of written discovery, the responses to which are due November 18, 2026. Defendant Crocs Retail, Inc. served Plaintiff with written discovery, the responses to which are due November 30, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

Plaintiff took Defendant Crocs, Inc.'s Rule 30(b)(6) deposition on September 25, 2026. Crocs, Inc. designated five individuals to address various topics noticed by the Plaintiff. Plaintiff's deposition is scheduled for November 20, 2026.

The parties also participated in an Early Neutral Evaluation on October 14, 2026. ECF No. 16. The parties were not able to resolve the dispute during the mediation. *Id.*

**C. Description of the Discovery that Remains to be Completed**

Defendant Crocs, Inc.'s response to Plaintiff's Second Set of Discovery Requests is due on November 18, 2026. Plaintiff's deposition is scheduled for November 20, 2026. Plaintiff's response to Defendant Crocs Retail, LLC's written discovery is due on November 30, 2026. The parties reasonably anticipate that there may be some follow along discovery arising from those responses and depositions.

**D. Reasons the Remaining Discovery was not Completed within the Time Limits Set by the Discovery Plan**

The parties have been diligent in conducting discovery and attempting to resolve without court intervention various discovery disputes. During the pendency of the case, the primary decision maker both for Defendants and for Ogletree Deakins has changed. As a result of the staffing changes, the plaintiff's deposition was not initially scheduled around Ms. Newman's trial schedule.

**E. Proposed Schedule for Completing all Remaining Discovery**

**1. Discovery Cut-off Date:** The discovery cut-off deadline shall be Friday, January 16, 2027.

**2. Dispositive** Motions**:** Dispositive motions shall be filed no later than thirty (30) days after the discovery cut-off date which is February 15, 2027.

/ / /

/ / /

/ / /

/ / /

**3. Pre-Trial Order:** The Pretrial Order shall be filed no later than Wednesday, March 17, 2027, which is thirty (30) days after the date set for filing dispositive motions. In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days after a decision on the dispositive motion(s) or further order of the Court.

IT IS SO STIPULATED.

Dated this 13th day of November, 2026.

GREENBERG GROSS LLP

/s/ Michael A. Burnette
Jemma E. Dunn, Esq.
Nevada Bar No. 16229
Matthew T. Hale, Esq.
Nevada Bar No. 16880
Michael A. Burnette, Esq.
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff*

Dated this 13th day of November, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kathryn C. Newman
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

11-18-26

DATED



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800